IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JESSEE DUGGAR                                                                               PLAINTIFF

VS.                                        CASE NO. 08-CV-1037

SUTTLES TRUCK LEASING, LLC                                                        DEFENDANT

## ORDER OF DISMISSAL

Before the Court is a Joint Stipulation of Dismissal with Prejudice. (Doc. No. 26). The parties request that this action be dismissed with prejudice, with the parties bearing their own costs, attorneys' fees and expenses. Upon consideration, the Court finds that the above styled and numbered cause of action including all counts alleged in the Complaint by the Plaintiff against Defendant should be and hereby is **dismissed with prejudice**. Each party is responsible for his/its owns costs, attorneys' fees and expenses.

IT IS SO ORDERED, this 26th day of February, 2009.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge